**Order filed, June 25, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00464-CR

———————

**JOEL  NAVARRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No 15**
**Harris County, Texas**
**Trial Court Cause No. 1836127**

---

### ORDER

The reporter's record in this case was due **December 23, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Connie Cole**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM